**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Nathaniel J. Mahoney,

Plaintiff(s),

v.

Clark County Detention Center, et al.,

Defendant(s).

Case No. 2:26-cv-01935-GMN-NJK

Order

Plaintiff is proceeding in this action *pro se* and submitted a complaint. Docket No. 1. Plaintiff has not, however, paid the required filing fee or requested to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. To proceed with this case, Plaintiff must either pay the filing fee or file an application to proceed *in forma pauperis*.

In addition, it appears that Plaintiff has moved without updating the mailing address on the docket. *See* Docket No. 3 (mail returned as undeliverable). "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also in re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1. To proceed with this case, Plaintiff must file a notice updating his address.

Accordingly, **IT IS ORDERED:**

1. No later than October 28, 2026, Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete application to proceed *in forma pauperis*.

2. No later than October 28, 2026, Plaintiff must file a notice of changed address.

3. <u>Failure to comply will result in a recommendation to the District Judge that this case be dismissed.</u>

IT IS SO ORDERED.

Dated: October 7, 2026

Nancy J. Koppe
United States Magistrate Judge