**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NATHANIEL J. MAHONEY,

Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER, *et al.*,

Defendants.

Case No.: 2:26-cv-01935-GMN-NJK

**ORDER ADOPTING REPORT & RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE**

Pending before the Court is the Report and Recommendation, (ECF No. 6), of United States Magistrate Judge Nancy J. Koppe, which recommends that this action be dismissed without prejudice because of Plaintiff Nathaniel Mahoney's failure to comply with Magistrate Judge Koppe's order to either pay the Court's filing fee or apply to proceed *in forma pauperis*, as well as his failure to comply with her order to update his address. (R. & R. 2:1–12). All mail from the Court to Plaintiff has been returned as undeliverable since he initiated this action five months ago. (*See* July 10 Returned Mail, ECF No. 3); (Oct. 21 Returned Mail, ECF No. 5); (Nov. 16 Returned Mail, ECF No. 7).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); LR IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. LR 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); LR IB 3-2(b). Where

a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna-Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Plaintiff did not file an objection to the Report and Recommendation, and the deadline to do so has passed. (*See* R. & R. 2:17–23) (setting a 14-day deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 6), is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice.**

The Clerk of Court is kindly directed to close the case.

**DATED** this 18 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT